MAX SMITH and SAMUEL OSCHEOWITZ, Copartners, etc., Appellants, v. UNION INDEMNITY COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.